CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>Mail</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JASKARAN SONDH (SBN: 317434)
jsondh@sondhlaw.com
SONDH LAW, APC
229 S. Riverside Ave., Suite 2A
Rialto, CA 92376
Telephone: (909) 257-7502
Attorney for Defendant
Guru Gifts Enterprises Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>    Plaintiff,<br><br>    v.<br><br>GURU GIFTS ENTERPRISES INC., a California Corporation<br><br>    Defendant. | Case: 8:21-cv-00164-JLS-ADS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 23, 2022     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: February 23, 2022     SONDH LAW, APC

By: /s/Jaskaran Sondh
    Jaskaran Sondh
    Attorney for Defendant
    Guru Gifts Enterprises Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jaskaran Sondh, counsel for Guru Gifts Enterprises Inc., and that I have obtained Mr. Sondh's authorization to affix his electronic signature to this document.

Dated: February 23, 2022         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff